1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  DREW JOSEPH HENRY, | Case No. 1:24-cv-01578 JLT SKO (HC) |
| 12              Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING |
| 13      v. | RESPONDENT'S MOTION TO DISMISS, DISMISSING THE PETITION FOR WRIT OF |
| 14  WARDEN, USP-ATWATER, | HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| 15              Respondent. | AND CLOSE CASE |
| 16 | (Docs. 6, 8) |

17        Drew Joseph Henry is a federal prisoner proceeding *pro se* and *in forma pauperis* with a

18  petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent moved to dismiss the

19  complaint, asserting that contrary to Petitioner's assertions, records from the Bureau of Prisons

20  indicate Petitioner "is eligible to earn and apply" First Step Act time credits. (Doc. 6 at 2.) Thus,

21  Respondent contends "there is no case or controversy" for the Court to adjudicate. (*Id.*)

22        The assigned magistrate judge reviewed the provided BOP exhibits and found that

23  Petitioner's records show he was deemed eligible to earn FSA credits. (Doc. 8 at 2.) The

24  magistrate judge found Petitioner was "granted the relief he sought, [and] the underlying matter is

25  moot." (*Id.*) Therefore, the magistrate judge recommended the Court grant Respondent's motion

26  to dismiss. (*Id.* at 3.)

27        The Court served the Findings and Recommendations on Petitioner and notified him that

28

any objections were due within 21 days. (Doc. 8 at 3.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 14, 2025 (Doc. 8) are **ADOPTED** in full.

2. Respondent's motion to dismiss (Doc. 6) is **GRANTED**.

3. The petition for writ of habeas corpus is **DISMISSED**.

4. The Clerk of Court is directed to enter judgment and close the case.

5. In the event a notice of appeal is filed, no certificate of appealability is required.[1]

IT IS SO ORDERED.

Dated:   **May 9, 2025**

UNITED STATES DISTRICT JUDGE

---

[1] A certificate of appealability will not be required because this is an order dismissing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).